IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| CATARINO F.,[1] <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, <br> *Acting Commissioner of Social Security,* <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:20-CV-162-C-BU |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising that the Commissioner's decision should be affirmed in part, reversed in part, and this civil action should be remanded for further proceedings.[2]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the decision of the Commissioner is **AFFIRMED IN PART** and **REVERSED IN PART**. The Court **ORDERS** that this civil action be **REMANDED** for further proceedings.

SO ORDERED.

Dated November 10, 2021.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] To protect privacy concerns of plaintiffs in social security cases, the undersigned identifies the Plaintiff only by first name and last initial.

[2] Neither party has filed objections to the Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.